Tully Rinckey, PLLC
441 New Karner Road
Albany, NY 12205
Scott T. Dillon, Esq.

UNITED STATES BANKRTUPCY COURT
NORTHERN DISTRICT OF NEW YORK
_____x

In re:                                          Chapter 11

    LYON2, LLC, d/b/a Planet                    Case No.:
    Beach Contempo Spa,

            Debtor.
_____x

## CERTIFICATION OF TWENTY LARGEST UNSECURED CREDITORS

I, Scott T. Dillon, Esq., the attorney for the debtor herein, hereby certify under the penalties of perjury that the attached mailing matrix contains creditors holding the twenty largest unsecured claims with correct names, addresses and zip codes, as they appear on the schedules of liabilities, list of creditors, or any attachment thereto.

Dated: June 20, 2011

                                                                Scott T. Dillon, Esq.
                                                                Attorney for Debtor

Newton Plaza Associates, LLC
596 New Loudon Road
Latham, NY 12110


Pamal Broadcasting, Ltd.
c/o Robert O. Wilhelm, Esq.
P.O. Box 869
Clifton Park, NY 12065


The Promethean
Siena College
515 Loudon Road
Albany, NY 12211


Capital Broadcasting, Inc.
TU Center – Box 13
51 South Pearl Street
Albany, NY 12207


Askco Electric Supply Inc.
14 Cooper Street
P.O. Box 2176
Glens Falls, NY 12801


Planet Beach Franchising Corporation
5145 Taravella Road
Marrero, LA 70072